

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# **O R D E R**

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief was filed July 3, 2018.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

Keith E. Hottle
Clerk of Court